*Charles H. Kelby* and *Charles M. McCarty* for respondents.

No. 909. CONTERNO *v.* ROGAN, COLLECTOR OF INTERNAL REVENUE. May 24, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Harold C. Morton* for petitioner. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr.,* and *Messrs. Sewall Key* and *Bernard Chertcoff* for respondent.

No. 920. WIRRICK *v.* BLOOMINGTON. May 24, 1943. Petition for writ of certiorari to the Supreme Court of Illinois denied. *Mr. Ode L. Rankin* for petitioner. *Mr. Bernard Edwin Wall* for respondent.

No. 922. TEXAS PACIFIC-MISSOURI PACIFIC TERMINAL RAILROAD *v.* EVENS. May 24, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Leonard B. Levy, Wm. C. Dufour,* and *John St. Paul, Jr.* for petitioner.

No. 928. GLENS FALLS INDEMNITY CO. ET AL. *v.* HENDERSON, DEPUTY COMMISSIONER. May 24, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Frank S. Normann* for petitioners. *Solicitor General Fahy* and *Assistant Attorney General Shea* for respondent.